IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS L. DAVIS,

        Plaintiff,                     No. 2: 10-cv-2050 KJN P

        vs.

UNITED POSTAL SERVICES,

        Defendant.                ORDER

_____/

        Plaintiff, a federal prisoner proceeding pro se, has filed an action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 402 U.S. 388 (1971).  In his complaint, plaintiff alleges violations of his rights by defendant United Postal Service (UPS). The alleged violations appear to have taken place in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).[1]

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the

---

[1] Plaintiff is housed in Atwater Penitentiary which is located in Merced County.

1

court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: August 11, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dav2050.22